FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUL 29 AM 8:02

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

JOHN A. GLENN, JR.

Case No. 3:19-CR-006

ORDER ON MOTION FOR
SENTENCE REDUCTION UNDER 18
U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon oral motion by the Defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) made in open court July 28, 2020, and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the United States Sentencing Commission, **IT IS ORDERED** that the motion is **GRANTED**. The Defendant's imposed term of imprisonment is hereby reduced to time served. The Defendant shall be forthwith released to begin his term of supervised release subject to the conditions expressed in the Judgment and Commitment Order of July 28, 2020.

**IT IS SO ORDERED.**

Dated: July 29, 2020

_____
UNITED STATES DISTRICT JUDGE